OCT 18 PM 3:31

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

LE MARR TALLEY

Plaintiff

-vs-

COMMONWEALTH OF MASSACHUSETTS/(D.O.C.)/BERKSHIRE AND HAMPDEN COUNTIES/(B.C.H.C./H.C.H.C), PITTSFIELD POLICE DEPARTMENT, MICHAEL J. WYNN, CITY OF PITTSFIELD, KATHLEEN DEGNAN, DAN BIANCHI, LINDA TYER, ROBERT W. KINZER, ANNE KACZMERACK, KAREN FOSTER, MARTHA COAKLEY, JOHN VERNER and ANDREA HARRIGTON

Defendants

(Case ID Number)

## AFFIDAVIT

I, Le Marr Talley, of Pittsfield, in Berkshire, Massachusetts, MAKE OATH AND SAY THAT:

1. 2004 - 90 days committed to Hampden County House of Corrections (0423CR07475/0423CR11977) Dismissed/Sealed

Solitary Confinement
Sonja Farak (convicted drug chemist)

2. 2006 - 1yr committed to Hampden House of Corrections
(0623CR12668) Vacated
Solitary Confinement
Sonja Farak (convicted drug chemist)

3. 2007 - 1yr committed to Hampden County House of Corrections
(0723CR02014) Dismissed/Sealed
Solitary Confinement
Sonja Farak (convicted drug chemist)

4. 2010 - 1yr committed to Berkshire County House of Corrections
(1027CR2054) Dismissed w/ Prejudice per SJC/Sealed
Solitary Confinement
Sonja Farak (convicted drug chemist)

5. 2011- 2 1/2yr committed to Berkshire County House of Corrections
(1176CR00134) Assent to Dismiss/Sealed
Solitary Confinement
Sonja Farak (convicted drug chemist)
Subsequent Offense enhacements (2015)

6. 2014 - 2 1/2yr to 3yr committed to Massachusetts Department of Corrections
18mo at Souza Baronowski (no violent offenses)
Solitary Confinement
Maximum Security Prison
No relief from prior tainted cases by Sonja Farak (2004 - 2011)

7. 2015 - 3 1/2 yr to 5yr committed to Massachusetts Department of Corrections
18mo at Souza Baronowski (no violent offenses)
Maximum Security Prison
Subsequent Enhancements (1176CR00134)
Re-Sentenced 2018 to 2 1/2yr to 3yr.

8. 2011 - 2013 - Pittsfield Police Department
Issues Order of Protection per City of Pittsfield

Violated and Deprived Civil Rights
Violated Massachusetts Procedure Act 30A/Municipal Police Institute
Violated Due Process Laws
Fraudulent Search and Seizure Policy/MPI
Botched Arrest
Exhausted Commonwealth Administrative Remedies.

9. 2011 - Present - City of Pittsfield
No record of open meeting laws to establish search and seizure policies and procedure used
Correspondences to Senator Kerry/Secretary William Galvin, etc.
Negligent of use of search and seizure policy and procedures
Exhausted Commonwealth Administrative Remedies.

10. 2014 - Present - Linda Tyer, Mayor of Pittsfield
Clerk when two complaints were made to the City of Pittsfield(MPI/Search and Seizure Policy and Procedure)
Will not meet to remedy violations of civil rights and compensation
Trespass orders issued
Exhausted all Commonwealth Remedies.

11. 2019 - Andrea Harrington, District Attorney
March 15, 2019 - promised resolution, relief and release of funds
March 22, 2019 - was held from initial meeting, intimidated and discourage by State Troopers Jones and Di Santis
Katina Burt - witness/affidavit/audio recording
Will not to remedy violations of civil rights and compensation
Exhausted all Commonwealth Remedies.

12. 2011 - Dan Bianchi, Mayor of Pittsfield(2012-2016)
Several meetings held about Pittsfield Police Department use of MPI policy and procedures
Would not remedy violations of civil rights and compensation
Exhausted all Commonwealth Remedies.

13. 2004 - Present Sonja Farak, state chemist
All above cases affected by tainted chemist
(Most cases of any individual in the state)
Convicted 2014 - tampering with evidence, use of controlled substance
Testimony AGO Hearing 2015 to misconduct at Amherst drug Lab.

14. 2017 - Anne Kaczmarek, Assistant Attorney General Office
    Withheld exculpatory evidence of Amherst Drug Lab Scandal
    Various violations of procedural administration of justice/J.Kinder
    Board of Bar of Overseers found misconduct(2021)

15. 2017 - Karen Foster, Assistant Attorney General Office
    Withheld exculpatory evidence of Amherst Drug Lab Scandal
    Various violations of procedural administration of justice/J.Kinder
    Board of Bar of Overseers found misconduct(2021)

16. 2017 - John Verner, Assistant Attorney General Office
    Withheld exculpatory evidence of Amherst Drug Lab Scandal
    Various violations of procedural administration of Justice/J.Kinder
    Board of Bar of Overseers found misconduct(2021)

17. 2017 - Martha Coakley, Attorney General Office
    Withheld exculpatory evidence of Amherst Drug Lab Scandal
    Various violations of procedural administration of Justice/J.Kinder
    Board of Bar of Overseers found misconduct(2021)

18. 2011 - 2015 - Robert W. Kinzer, Assistant District Attorney
    Prosecutor on all Berkshire County case convictions
    Unagreed plea colloquy two weeks before Amherst Drug Lab Scandal(2013)
    Knowledgeable of Fraudulent search and seizure policies and procedures from MPI used by Pittsfield Police Department.

19. 2011 - Present - Michael J. Wynn, Chief of Police of Pittsfield
    Moved City of Pittsfield to file Order of Protection on search and seizures subpoena @ Subpoena Hearing April 5, 2012
    Internal Affairs Complaints filed
    Several meetings regarding violations of civil rights and deprivation of rights
    Directed and allowed fraudulent policy and procedures on search and seizures(MPI) to be submitted to court as evidence Violated Massachusetts Administrative Procedure Act 30A

20. 2012 - Present - Kathleen Degnan, City Solicitor Pittsfield
    Filed and submitted to the courts fraudulent policy and procedure on search and seizures(MPI)
    Represented City of Pittsfield @ subpoena hearing April 5, 2012
    No cause shown

21. 2020 - Jeanne Kempthorne, Assistant District Attorney, Chief of Appeals
    Responded to motion on release of funds
    Resigned from District Attorneys Office
    Whistleblower on Harrington misconduct

22. 2021 - Helen Moon, Ward 1 City Councilor
    Fired by Harrington
    Whistleblower on Harrington misconduct

UNITED STATES DISRTICT COURT
OF
COMMONWEALTH OF MASSACHUSETTS

SUBSCRIBED AND SWORN TO BEFORE ME, on the 18 first day of October, 2021

Signature ____________________
(Seal)
NOTARY PUBLIC
My Commission expires:
____________________

(Signature)

Le Marr Talley

©2002-2021 LawDepot.com®